State vs. Atkins et al.

---

## No. 13,627.

### STATE OF LOUISIANA VS. J. B. ATKINS ET AL.

#### SYLLABUS.

Act No. 71 of the Acts of 1894, the title of which is: "To encourage the freedom of trade and to forbid the issuance by merchants or corpora- tions of tickets redeemable only in goods at their place of business," is held to be unconstitutional on the ground that its title indicates, and the act itself embraces, two or more distinct objects.

A PPEAL from the Eleventh Judicial District, Parish of Red River —*Porter*, J.

---

*Walter Guion*, Attorney General, and *W. A. Wilkinson*, District Attorney, (*Lewis Guion*, of Counsel,) for Plaintiff, Appellant.

---

*Alexander & Wilkinson* for Defendant, Appellee.

The opinion of the court was delivered by

BLANCHARD, J. Defendants were indicted, under Act 71 of 1894, for unlawfully issuing tickets and checks redeemable only in goods at their place of business.

They appeared by counsel and moved to quash the indictment on the ground of the unconstitutionality of the statute, setting forth in what particulars they deemed it unconstitutional and what provisions of the Constitution it infringed.

From a judgment sustaining the motion to quash, the State appeals.

The case is identical in its facts and law with that of the State of Louisiana vs. G. R. Ferguson *et als,* No. 13,625 on the docket of this court, just decided, and for the reasons set forth in the opinion handed down in that case, the judgment herein is affirmed.

The CHIEF JUSTICE, and BREAUX, J., concur in the decree.